IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **Robbins, Russell, Englert, Orseck & Untereiner LLP,**<br>1801 K Street NW, Suite 411-L,<br>Washington, D.C. 20006<br><br>                        Plaintiff,<br><br>v.<br><br>**Gary Kornman,**<br>3640 Haynie Avenue,<br>Dallas, Texas 75205<br><br>                        Defendant. | Case: 1:07-cv-00554<br>Assigned To : Robertson, James<br>Assign. Date : 2/26/2007<br>Description: ROBBINS v. KORNMAN |

### ORDER ON PLAINTIFF'S
### MOTION TO SEAL ENTIRE CASE

This matter comes before the Court on motion of Plaintiff, Robbins, Russell, Englert, Orseck & Untereiner LLP to seal the above-captioned case in its entirety. Having considered Plaintiff's motion and having reviewed the Complaint attached thereto, it is hereby ORDERED that this case *TFH* shall be *NOT* sealed *at this time*.

The ~~Clerk of the Court is hereby instructed to~~ file the ~~Complaint under seal~~.

SIGNED this **27** day of **February**, 2007.

_____
UNITED STATES DISTRICT JUDGE