UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
ROBBINS, RUSSELL, ENGLERT, :
ORSECK & UNTEREINER LLP, :
:
      Plaintiff : Case No. 1:07-cv-00554-JR
:
      v. :
:
GARY KORNMAN, :
:
      Defendant. :
_____:

**ENTRY OF APPEARANCE**

    Please enter my appearance as counsel in this case for Mr. Gary Kornman.

    Respectfully submitted,

    SULLIVAN & WORCESTER LLP

    /s/ Orlando E. Vidal
    Orlando E. Vidal, Esquire
    (D.C. Bar # 461815)
    1666 K Street, N.W., Suite 700
    Washington, D.C. 20006
    Ph.: (202) 775-6825
    Fax.: (202) 293-2275
    ovidal@sandw.com

May 16, 2007