UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
ROBBINS, RUSSELL, ENGLERT,             :
ORSECK & UNTEREINER LLP,               :
                                       :
       Plaintiff            :    Case No. 1:07-cv-00554-JR
                                       :
       v.                   :
                                       :
GARY KORNMAN,                          :
                                       :
       Defendant.           :
_____:

**CONSENT MOTION FOR EXTENSION OF**
**TIME TO FILE RESPONSE TO COMPLAINT**

    The parties in this case have agreed to extend to May 29, 2007 the time for Mr. Gary Kornman to respond to the Complaint.

    WHEREFORE defendant respectfully requests that the court extend the time to that date by granting this consent motion.

                             Respectfully submitted,

                             SULLIVAN & WORCESTER LLP


                             /s/ Orlando E. Vidal
                             Orlando E. Vidal, Esquire
                             (D.C. Bar # 461815)
                             1666 K Street, N.W., Suite 700
                             Washington, D.C.  20006
                             Ph.: (202) 775-6825
                             Fax.: (202) 293-2275
                             ovidal@sandw.com

May 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
ROBBINS, RUSSELL, ENGLERT, :
ORSECK & UNTEREINER LLP, :
:
      Plaintiff : Case No. 1:07-cv-00554-JR
:
    v. :
:
GARY KORNMAN, :
:
      Defendant. :
_____:

## ORDER

The court **GRANTS** today, May ___, 2007, defendant's *Consent Motion for Extension of Time to File Response to Complaint*. Mr. Kornman has until and including May 29, 2007 to file his response to plaintiff's *Complaint*.

By the court:

_____
Judge