IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBBINS, RUSSELL, ENGLERT ORSECK & UNTEREINER LLP, | : : : : |
| Plaintiff, | : Civil Action No. 1:07-cv-00554-JR |
| v. | : : |
| GARY KORNMAN, | : : |
| Defendant. | : |

## NOTICE OF MOTION

To:    All parties/counsel of record:

Please take notice that on Friday, June 8, 2007, Plaintiff Robbins, Russell, Englert, Orseck & Untereiner LLP filed under seal, by hand, (1) a memorandum of law opposing defendant Gary Kornman's Motion to Dismiss and (2) a motion to seal plaintiff's memorandum of law. Plaintiff filed these documents with the Clerk for the United States District Court for the District of Columbia at 333 Constitution Ave., NW, Washington D.C. 20001. The attachments to plaintiff's memorandum opposing defendant's Motion to Dismiss have also been lodged with the Clerk for the United States District Court for the District of Columbia.

Dated: June 8, 2007

*signature*

Gary A. Orseck (Bar No. 433788)
Alan D. Strasser (Bar No. 967885)
Noah A. Messing (Bar No. 483185)
Matthew R. Segal (Bar No. 483486)
ROBBINS, RUSSELL, ENGLERT,
  ORSECK & UNTEREINER LLP
1801 K Street, NW, Suite 411
Washington, DC 20006
Telephone: (202) 775-4500
Fax: (202) 775-4510

*Attorneys for Plaintiff Robbins, Russell,
Englert, Orseck & Untereiner LLP*

**CERTIFICATE OF SERVICE**

I certify that, on June 8, 2007, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of Court using the ECF system, which will send notification of such filing to all parties by their counsel of record.

*signature*
Noah A. Messing