UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ROBBINS, RUSSELL, ENGLERT,      :
ORSECK & UNTEREINER LLP,        :
                                :
        Plaintiff,               :
                                :
    v.                          : Civil Action No. 07-0554 (JR)
                                :
GARY KORNMAN,                   :
                                :
        Defendant.              :
```

### ORDER

Plaintiff's motion to seal its opposition to defendant's motion to dismiss is **denied**.  The sentencing judge in Texas may take an interest in the record of this action when deciding whether or not to impose a fine that might diminish assets available to satisfy a judgment (should plaintiff be entitled to a judgment) in this case.  Granting the motion would permit the defendant, at sentencing, to maintain that he did not contract for the services plaintiff says it performed and that he received no benefit from those services, while at the same time avoiding the "embarrassment" of having plaintiff's opposition on the record.  The opposition will be unsealed after the close of business on June 20, 2007, unless plaintiff has sooner filed a praecipe withdrawing it.  It is **SO ORDERED**.

```
                            JAMES ROBERTSON
                       United States District Judge
```