UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP, | : : : : |
| Plaintiff | : Case No. 1:07-cv-00554-JR |
| v. | : : : |
| GARY KORNMAN, | : : |
| Defendant. | : : |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Gary Kornman respectfully submits this notice of supplemental authority in support of his motion to dismiss. Specifically, Mr. Kornman submits that the standard of review for his motion to dismiss has been impacted by the Supreme Court's recent decision in *Bell Atlantic Corp. v. Twombley*, 127 S. Ct. 1955 (2007). Mr. Kornman respectfully refers the Court to the holding in *Bell Atlantic*, which abandoned the oft-cited standard under *Conley v. Gibson*, 355 U.S. 41 (1957), that limited dismissals for failure to state a claim to those cases in which it appeared, beyond a doubt, that plaintiff could prove no set of facts in support of claim that would entitle him to relief. *Bell Atlantic Corp.*, 127 S. Ct. at 1968.

Without engaging in additional argument regarding the application of *Bell Atlantic Corp.* to the specific allegations at issue in the pending motion to dismiss, Mr. Kornman submits that the Supreme Court has clarified that a plaintiff must plead sufficient facts that, if taken as true, satisfy each essential element of its claims. *Id.* at 1964-65 ("plaintiff's obligation to provide the

{B0652160; 1}

'grounds' of his 'entitle[ment] to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do").

        Respectfully submitted,

        SULLIVAN & WORCESTER LLP

        /s/ Orlando E. Vidal
        Orlando E. Vidal, Esquire
        (D.C. Bar # 461815)
        1666 K Street, N.W., Suite 700
        Washington, D.C. 20006
        Ph.: (202) 775-6825
        Fax.: (202) 293-2275
        ovidal@sandw.com

Of counsel:
Barry S. Pollack

June 15, 2007