**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
:
ROBBINS, RUSSELL, ENGLERT, :
ORSECK & UNTEREINER LLP, :
:
       Plaintiff               :     Case No. 1:07-cv-00554-JR
:
       v. :
:
GARY KORNMAN, :
:
       Defendant. :
_____:

**DEFENDANT GARY KORNMAN'S**
**UNOPPOSED MOTION FOR LEAVE FOR**
**BARRY S. POLLACK TO APPEAR *PRO HAC VICE***

      Pursuant to LCvR 83.2, Defendant Gary Kornman ("Mr. Kornman") moves for leave for his counsel Barry S. Pollack to appear in this case *pro hac vice*. Pursuant to LCvR 7(m), Mr. Kornman has conferred with counsel for Plaintiff Robbins, Russell, Englert, Orseck & Untereiner LLP ("Plaintiff"). Plaintiff does not oppose this motion.

      In support of this motion, Mr. Kornman relies on the Declaration of Barry S. Pollack, filed herewith. A proposed order is also attached.

Dated: September 4, 2007            Respectfully submitted,

                                               SULLIVAN & WORCESTER LLP

                                             /s/ Orlando E. Vidal
                                             Orlando E. Vidal, Esquire
                                             (D.C. Bar # 461815)
                                             1666 K Street, N.W., Suite 700
                                             Washington, D.C. 20006
                                             Ph.: (202) 775-6825
                                             Fax.: (202) 293-2275
                                             ovidal@sandw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
ROBBINS, RUSSELL, ENGLERT, :
ORSECK & UNTEREINER LLP, :
:
      Plaintiff    :   Case No. 1:07-cv-00554-JR
:
    v.    :
:
GARY KORNMAN, :
:
      Defendant.   :
_____:

**DECLARATION OF BARRY S. POLLACK IN SUPPORT OF**
**UNOPPOSED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

    I, Barry S. Pollack, declare as follows:

    1.    My name is Barry S. Pollack. I make this declaration on personal knowledge.

    2.    My office address is Sullivan & Worcester LLP, One Post Office Square, Boston, Massachusetts 02109, and my telephone number is (617) 338-2910.

    3.    I am a member in good standing of the bar of the States of Massachusetts, New York, and California, and of the following Federal District Court and/or Court of Appeals Bars: Supreme Court of the U.S.; U.S. Courts of Appeals for the First, Second, Third, Ninth, and Eleventh Circuits; and the U.S. District Courts for the Districts of Massachusetts, Eastern District of New York, Northern District of New York, Southern District of New York, Central District of California, and the U.S. Tax Court, and my eligibility to practice before those courts has not been restricted in any way.

    4.    I certify that I have never been disciplined by any bar.

    5.    I have not been admitted *pro hac vice* in this Court within the past two years.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 4, 2007        /s/ Barry S. Pollack_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
ROBBINS, RUSSELL, ENGLERT,          :
ORSECK & UNTEREINER LLP,            :
                                    :
       Plaintiff                    :     Case No. 1:07-cv-00554-JR
                                    :
       v.                           :
                                    :
GARY KORNMAN,                       :
                                    :
       Defendant.                   :
_____ :

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE***

      This matter having come before the Court pursuant to Defendant Gary Kornman's Unopposed Motion for Leave for Barry S. Pollack to Appear *Pro Hac Vice*, it is hereby ORDERED that Barry S. Pollack is granted admission pro hac vice in the above-captioned lawsuit as attorney for Gary Kornman.


Date:

                                                             _____
                                                             United States District Court Judge