UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ROBBINS, RUSSELL, ENGLERT,      :
ORSECK & UNTEREINER LLP,        :
                                :
        Plaintiff,               :
                                :
     v.                         : Civil Action No. 07-0554 (JR)
                                :
GARY KORNMAN,                   :
                                :
        Defendant.               :
```

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of Barry S. Pollack [17], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                               JAMES ROBERTSON
                                  United States District Judge