UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ROBBINS, RUSSELL, ENGLERT,      :
ORSECK & UNTEREINER LLP,        :
                                :
        Plaintiff,               :
                                :
   v.                           : Civil Action No. 07-0554 (JR)
                                :
GARY KORNMAN,                   :
                                :
        Defendant.              :
_____ :
JOHN DOE,                       :
                                :
        Plaintiff,              :
                                :
   v.                           : Civil Action No. 07-1613 (JR)
                                :
UNNAMED LAW FIRM,               :
                                :
        Defendant.              :
```

### ORDER

No. 07-1613 having been received from the U. S. District Court for the Northern District of Texas, Dallas Division, it is by this Court *sua sponte*

**ORDERED** that No. 07-1613 be consolidated with No. 07-0554, that the Clerk's Office close 07-1613, and that henceforth all papers filed in the consolidated cases be filed only in the earlier numbered case, which remains set for final pretrial conference on November 14, 2007 and for trial on November 26, 2007.

JAMES ROBERTSON
United States District Judge