**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> GARY KORNMAN, : <br> : <br> Defendant. : | Civil Action No. 07-0554 (JR) |

### ORDER

No. 07-1613 has been consolidated into No. 07-0554. Nothing further should be filed in No. 07-1613. Gary Kornman's reply was improperly filed in No. 07-1613 and is **stricken** from that docket. Any questions?

                                                  JAMES ROBERTSON
                                  United States District Judge