UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBBINS, RUSSELL, ENGLERT,       :
ORSECK & UNTEREINER LLP,         :
                                 :
      Plaintiff,                :
                                 :
  v.                             : Civil Action No. 07-0554 (JR)
                                 :
GARY KORNMAN,                    :
                                 :
      Defendant.                :

## ORDER

Upon consideration of defendant's motion for a "civility order" or a protective order [20] and plaintiff's response thereto [26], it is **ORDERED** that the motion for a "civility order" is **denied**. It is **FURTHER ORDERED** that plaintiff's obligation to present the discovery dispute identified in its response at p.6 n.3 is **waived**. That dispute may be presented by motion and will be considered together with defendant's motion for a protective order.

                        JAMES ROBERTSON
                   United States District Judge