IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ROBBINS, RUSSELL, ENGLERT ORSECK & UNTEREINER LLP,** | : : : | **Civil Action No.** |
| Plaintiff, | : : | **1:07-cv-00554-JR/JMF** |
| v. | : : | |
| **GARY KORNMAN,** | : : | |
| Defendant. | : | |

## ERRATUM

On October 2, 2007, Plaintiff Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP filed a Motion to Compel Discovery (Dkt. # 29). We inadvertently omitted from our submission Exhibit 7, which is cited on page 12 of the Memorandum of Points and Authorities offered in support of the motion. That exhibit is now attached to this Erratum.

Dated: October 3, 2007

Respectfully submitted,

    /s/ Gary A. Orseck
Gary A. Orseck (Bar No. 433788)
Alan D. Strasser (Bar No. 967885)
Matthew R. Segal (Bar No. 483486)
ROBBINS, RUSSELL, ENGLERT,
  ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411
Washington, DC 20006
Telephone: (202) 775-4500
Fax: (202) 775-4510

**Attorneys for Plaintiff Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP**

# Exhibit 7

| | |
|---|---|
| From: | Robbins, Larry |
| Sent: | Monday, January 24, 2005 12:25 PM |
| To: | 'Jeff Tillotson'; Poe, Greg; Yao, Alice; 'fhill@hillgilstrap com' |
| Cc: | 'rjanvey@kjllp com'; 'mgibson@bp-g com' |
| Subject: | RE: Effect of Taking the Fifth |
| Attachments: | 5th Amendment Memo (BW) pdf, 5th Amendment Memo (BW) wpd |

 

5th Amendment   5th Amendment
Memo (BW) pdf (6   Memo (BW) wpd (3

    Gary asked me over the weekend for more than an off-the-cuff answer to the question whether the judge in his SEC case might preclude him from testifying at trial if he takes the Fifth during discovery.  My initial reaction was that the judge would likely require Gary to sit for a mid-trial deposition before taking the stand, but that I thought an outright preclusion of testimony was unlikely.  Well, as the attached memo from one of my associates makes clear, the law is a bit worse than that:  courts can and do preclude defendants from taking the stand at trial if they have refused to give a deposition on Fifth Amendment grounds.  In some cases, the decision turns on whether the Fifth was asserted in good faith (which, in our case, it would be).  This, of course, is all the more reason to slow down the discovery schedule in the SEC case.

    Jeff:  As you know, Gary has asked to be taken off the e-mail chain for security reasons.  Can I ask you to give him a copy of this memo when you see him later this week?  Thanks.

    Larry

1