## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP, | : | |
| Plaintiff/Counterclaim-Defendant | : | Case No. 1:07-cv-00554-JR/JMF |
| v. | : | |
| GARY M. KORNMAN, | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

### DEFENDANT GARY M. KORNMAN'S
### MOTION AND INCORPORATED MEMORANDUM
### FOR FURTHER DISCOVERY UNDER FED. R. CIV. P. 56(F)

Defendant/Counterclaim-Plaintiff Gary M. Kornman ("Mr. Kornman") has opposed the motion for summary judgment on Count Three filed by Plaintiff/Counterclaim-Defendant Robbins, Russell, Englert, Orseck & Untereiner LLP ("Robbins Firm"). In his opposition, Mr. Kornman describes the grounds why summary judgment, even before discovery has been completed, should be denied to the Robbins Firm. Alternatively, Mr. Kornman describes how depositions are still pending, and should be allowed to be completed before summary judgment on that Count could possibly be entertained. For these reasons, Mr. Kornman hereby respectfully moves this Court under Fed. R. Civ. P. 56(f) to permit him to complete the depositions before entertaining the Robbins Firm's summary-judgment motion. In support of his motion, Mr. Kornman refers the Court to: (1) his *Combined Memorandum In Opposition To Plaintiff's Motion For Summary Judgment And In Support Of His Cross-Motion For Summary Judgment*; and (2) paragraphs 13 and 14 of the Certification filed by Barry S. Pollack attached as

Exh. "1" to the separately filed *Defendant's Response to Statement of Undisputed Facts, Statement of Triable Issues, and Counterstatement of Undisputed Facts*.

WHEREFORE this Court should grant Mr. Kornman's *Motion For Further Discovery Under Fed. R. Civ. P. 56(F)*. Attached is a proposed *Order* granting the motion.


Respectfully submitted,

SULLIVAN & WORCESTER LLP


By: **/s/ Orlando E. Vidal**
     Barry S. Pollack, Esq. (admitted *Pro Hac Vice*)
     Orlando E. Vidal, Esq. (D.C. Bar # 461815)
     1666 K Street, N.W., Suite 700
     Washington, D.C. 20006
     Telephone: (202) 775-1200
     Fax: (202) 293-2275

     **COUNSEL FOR GARY KORNMAN**


October 8, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP, | : | |
|  | : | |
| Plaintiff/Counterclaim-Defendant | : | Case No. 1:07-cv-00554-JR/JMF |
|  | : | |
| v. | : | |
|  | : | |
| GARY M. KORNMAN, | : | |
|  | : | |
| Defendant/Counterclaim-Plaintiff. | : | |

### ORDER

For the reasons given by Defendant/Counterclaim-Plaintiff Gary M. Kornman in his *Motion For Further Discovery Under Fed. R. Civ. P. 56(F)*, the Court will **GRANT** the motion and permit the presently scheduled depositions to go forward before ruling on the motion for summary judgment on Count Two filed by Plaintiff/Counterclaim-Defendant Robbins, Russell, Englert, Orseck & Untereiner LLP.

**BY THE COURT:**

_____
                                                    **Judge**

Dated: _____