A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Robbins, Russell, Englert, Orseck &
Untereiner LLP )
)
      Plaintiff(s) )  **APPEARANCE**
)
)
      vs. )  CASE NUMBER  1:07-cv-00554-JR/JMF
Gary Kornman )
)
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Lawrence S. Robbins__ as counsel in this
                         (Attorney's Name)

case for: __Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP__
             (Name of party or parties)

October 12, 2007
Date

*[signature]*
Signature

420260
BAR IDENTIFICATION

Lawrence S. Robbins
Print Name

1801 K Street, N.W., Suite 411-L
Address

Washington, D.C.  20006
City      State      Zip Code

202-775-4500
Phone Number