**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROBBINS, RUSSELL, ENGLERT, :
ORSECK & UNTEREINER LLP, :
                             :
    Plaintiff, :
                             :
  v. : Civil Action No. 07-0554 (JR)
                             :
GARY KORNMAN, :
                             :
    Defendant. :

**ORDER**

Upon consideration of defendant's emergency motion for reformation of final settlement agreement [49], but no "emergency" appearing of record, it is

**ORDERED** that plaintiff may have until November 23, 2007 to file its response.

                                          JAMES ROBERTSON
                                 United States District Judge