UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> GARY M. KORNMAN, <br><br> Defendant/Counterclaim-Plaintiff. | Main Action: <br> Case No. 1:07-cv-00554 (JR) <br><br> Other Action: <br> Case No. 1:07-cv-01613 (JR) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and in accordance with the terms of an October 25, 2007 Settlement Agreement and Mutual Releases executed by Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP ("Robbins Russell") and Gary M. Kornman ("Mr. Kornman") (collectively the "Parties"), the Parties hereby stipulate and agree to a dismissal with prejudice of all claims and counterclaims that have been brought, or could have been brought, between them in the above-captioned consolidated actions. The Parties agree to bear their own respective attorneys' fees and costs in these actions.

Respectfully submitted,

ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street N.W., Suite 411
Washington, DC 20006

(202) 775-4500


By  /s/ Gary A. Orseck
GARY A. ORSECK
Attorneys for Robbins, Russell, Englert,
Orseck, Untereiner & Sauber LLP

SULLIVAN & WORCESTER LLP
1666 K Street N.W.
Washington D.C. 20006

(202) 775- 1200


By   /s/ Orlando E. Vidal
ORLANDO VIDAL
Attorneys for Mr. Kornman